THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH NICOLIA, Appellant.— Judgment of conviction affirmed. All concur. (The judgment convicts defendant of the crime of arson, second degree.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

PETER J. DONK, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 24244.) — Judgment affirmed, with costs. All concur. (The judgment dismisses a claim for damage caused by the flooding of claimant's land by waters of the Barge canal.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Final Judicial Settlement of the Accounts of EDWARD M. SIMON, as Committee, etc., of VICTOR HARACZKO, an Incompetent Person — Order modified by reducing the sum ordered to be paid to Edward M. Simon from $500 to $130, by striking out the provision for the payment to the Metropolitan Casualty Insurance Company of the sum of $1,001.14, and by reducing the sum ordered to be paid to Dominick & Dominick for services in this proceeding, from $1,250 to $500, and as modified affirmed, with costs to the public administrator payable out of the fund. All concur. (The order confirms the report of the official referee and judicially settles the accounts of the committee for an incompetent veteran and awards allowances for counsel fees and extra services by committee.) Present — Crosby, P. J., Cunningham, Dowling, Harris·and McCurn, JJ.

GERALD MACKNEY, an Infant, by GLENN T. MACKNEY, His Guardian ad Litem, and GLENN T. MACKNEY, Individually, Appellants, v. STATE OF NEW YORK, Respondent. (Claim No. 25530.)— Judgment affirmed, without costs of this appeal to any party. All concur, except Dowling, J., who dissents and votes for reversal and for granting a judgment for claimants in the amount of the damages as fixed by the findings of the Court of Claims. (See *Feinman* v. *Rubenstein*, 264 N. Y. 662.) (The judgment dismisses a claim for damages for negligence in maintenance of a fence along a footpath in Beaver Island State Park on Grand Island.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDNA GRUBER REEVES, Appellant, v. HOMER E. BENEDICT, Superintendent of the Monroe County Penitentiary, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus, remands relator to the custody of defendant, and remits the matter to the Genesee County Court to proceed upon the verdict.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEMPHIS JONES, " Alias " FRED JONES, Appellant, v. JOSEPH H. BROPHY, as Warden of State Prison at Auburn, New York, Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

PHILEAS BURGESS, Respondent, v. KARL ESSLER and EARL McMASTER, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile negligence action. The order denies a motion for a new trial on the minutes.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.